IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CASE NO.: 3:06-CV-00357

MARY H. MCKEE

    Plaintiff,

vs.

FSC SECURITIES CORPORATION, PUTNAM INVESTMENTS, INC., n/k/a/ PUTNAM INVESTMENTS, LLS, PUTNAM MUTUAL FUNDS CORP., n/k/a PUTNAM RETAIL MANAGEMENT LIMITED PARTNERSHIP, ITT HARTFORD GROUP, INC., n/k/a THE HARTFORD FINANCIAL SERVICES GROUP, INC., ITT HARTFORD LIFE AND ANNUITY INSURANCE COMPANY, n/k/a HARTFORD LIFE AND ANNUITY INSURANCE COMPANY, HARTFORD LIFE INSURANCE COMPANY, HARTFORD LIFE, INC., and HARTFORD SECURITIES DISTRIBUTION COMPANY, INC.,

    Defendants.    /

## ORDER GRANTING PRO HAC VICE APPEARANCE

THIS CAUSE having come before the Court upon the motion of Defendant, FSC SECURITIES CORPORATION, to allow William Zeena admission to this Court *pro hac vice* as its counsel in this cause, it is hereby

**ORDERED AND ADJUDGED** that William Zeena, an active member of the Florida Bar, the New York Bar, and the Southern District of Florida, is hereby admitted *pro hac vice* as counsel in this cause and shall be permitted to practice *pro hac vice* on behalf of Defendant, FSC SECURITIES CORPORATION, solely for the purpose of this case.

- 1 -

**SO ORDERED**.

Signed: September 18, 2006

_____

Carl Horn, III
United States Magistrate Judge

**DONE AND ORDERED** in chambers at Charlotte, North Carolina this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
*All Counsel of Record*
220361.1

220365.1