IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.3:06CV357-W

| | | |
|---|---|---|
| MARY H. MCKEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| FSC SECURITIES CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on "Plaintiff's Motion for Counsel to Appear Pro Hac Vice ... " (document #2) filed August 18, 2006, of counsel for the Plaintiff, Joel A. Goodman. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: October 17, 2006

_____
Carl Horn, III
United States Magistrate Judge