## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

**MARY H. MCKEE,**

    **Plaintiff,**

v.                                                                                   Case No: 3:06-cv-00357

**FSC SECURITIES CORPORATION,**
**PUTNAM INVESTMENTS, INC., n/k/a**
    **PUTNAM, LLC,**
**PUTNAM MUTUAL FUNDS CORP., n/k/a**
    **PUTNAM RETAIL MANAGEMENT LIMITED PARTNERSHIP,**
**ITT HARTFORD GROUP, INC., n/k/a**
    **THE HARTFORD FINANCIAL SERVICES GROUP, INC.,**
**ITT HARTFORD LIFE AND ANNUITY INSURANCE COMPANY, n/k/a**
    **HARTFORD LIFE AND ANNUITY INSURANCE COMPANY,**
**HARTFORD LIFE INSURANCE COMPANY,**
**HARTFORD LIFE, INC., and**
**HARTFORD SECURITIES DISTRIBUTION COMPANY, INC.,**

    **Defendants.**
_____/

## ORDER GRANTING MOTION FOR ORDER
## DIRECTING CLERK TO CHANGE NAME OF DEFENDANT

Upon consideration of the Plaintiff's Unopposed Motion for Order Directing Clerk to Change Name of Defendant, it is

ORDERED that

The Motion is granted. The Clerk is directed to change the name of Defendant Putnam Investments, Inc., n/k/a Putnam Investments, LLC, so that the named successor entity is Putnam, LLC, rather than Putnam Investments, LLC., as reflected in the caption above.

**SO ORDERED**.

Signed: December 13, 2006

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge