IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**MARY H. MCKEE,**

    **Plaintiff,**

v.                                                                                         Case No: 3:06-cv-00357

**FSC SECURITIES CORPORATION,**
**PUTNAM INVESTMENTS, INC., n/k/a**
    **PUTNAM, LLC,**
**PUTNAM MUTUAL FUNDS CORP., n/k/a**
    **PUTNAM RETAIL MANAGEMENT LIMITED PARTNERSHIP,**
**ITT HARTFORD GROUP, INC., n/k/a**
    **THE HARTFORD FINANCIAL SERVICES GROUP, INC.,**
**ITT HARTFORD LIFE AND ANNUITY INSURANCE COMPANY, n/k/a**
    **HARTFORD LIFE AND ANNUITY INSURANCE COMPANY,**
**HARTFORD LIFE INSURANCE COMPANY,**
**HARTFORD LIFE, INC., and**
**HARTFORD SECURITIES DISTRIBUTION COMPANY, INC.,**

    **Defendants.**
_____/

## STIPULATION OF DISMISSAL

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all of the parties hereby stipulate to dismissal of this action with prejudice, each side to bear their own costs and fees.

    Respectfully Submitted,

| | |
|---|---|
| /s/ Joel A. Goodman | /s/ William Zeena, Jr. |
| Joel A. Goodman | William Zeena, Jr. |
| Goodman & Nekvasil, P.A. | KAPLAN ZEENA LLP |
| 14020 Roosevelt Blvd., Suite 808 | One Biscayne Tower |
| P.O. Box 17709 | 2 South Biscayne Blvd., Suite 3050 |
| Clearwater, FL 33762 | Miami, Florida 33131 |
| Telephone: (727) 524-8486 | Telephone: (305) 530-0800 |
| Facsimile: (727) 524-8786 | Facsimile: (305) 530-0801 |
| gn.law@verizon.net | william.zeena@kaplanzeena.com |
| Attorneys for Mary H. McKee | Attorneys for FSC Securities Corporation |

| | |
|---|---|
| /s/ Gavin B. Parsons | /s/ Matthew W. Sawchak |
| Gavin B. Parsons | Matthew W. Sawchak |
| Patricia Kerner | Stephen D. Feldman |
| TROUTMAN SANDERS LLP | ELLIS & WINTERS, LLP |
| 434 Fayetteville Street, Suite 1100 | P.O. Box 33550 |
| Raleigh, North Carolina 27601 | Raleigh North Carolina |
| Telephone: (919) 212-4117 | Telephone: (919) 865-7000 |
| gavin.parsons@troutmansanders.com | matt.sawchak@elliswinters.com |
| tricia.kerner@troutmansanders.com | stephen.feldman@elliswinters.com |
| Attorneys for the Hartford Defendants | Attorneys for the Putnam Defendants |

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2008, a copy hereof was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Gavin B. Parsons | Matthew W. Sawchak |
| Patricia Kerner | Stephen D. Feldman |
| TROUTMAN SANDERS LLP | ELLIS & WINTERS, LLP |
| 434 Fayetteville Street, Suite 1100 | P.O. Box 33550 |
| Raleigh, North Carolina 27601 | Raleigh North Carolina |
| Telephone: (919) 212-4117 | Telephone: (919) 865-7000 |
| gavin.parsons@troutmansanders.com | matt.sawchak@elliswinters.com |
| tricia.kerner@troutmansanders.com | stephen.feldman@elliswinters.com |
| Attorneys for the Hartford Defendants | Attorneys for the Putnam Defendants |

William Zeena, Jr.
KAPLAN ZEENA LLP
2 South Biscayne Blvd., Suite 3050
Miami, Florida 33131
Telephone: (305) 530-0800
william.zeena@kaplanzeena.com
Attorneys for FSC Securities Corporation

        By:    /s/ Joel A. Goodman
               Joel A. Goodman, Esq.
               GOODMAN & NEKVASIL, P.A.
               14020 Roosevelt Blvd., Suite 808
               P.O. Box 17709
               Clearwater, Florida 33762
               Telephone:    727-524-8486
               Facsimile:    727-524-8786
               Attorney *Pro Hac Vice* for Plaintiff
               gn.law@verizon.net